# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0034
LT Case No. 2022-CA-001643

_____

KENNETH A. SCHNEIDER,

    Appellant,

    v.

CRADLE HOLDINGS, INC. d/b/a
Winding Oaks Farm,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Gary L. Sanders, Judge.

David S. Romanik, of David S. Romanik, P.A., Ocala, for
Appellant.

Sarah Hafeez, of Hinshaw & Culbertson LLP, Fort Lauderdale,
and Yvonne C. Ocrant, of Hinshaw & Culbertson LLP, Tampa,
for Appellee.

March 12, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, SOUD, and BOATWRIGHT, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*